UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-370-FL

| | |
|---|---|
| ALLEN GRIMES, on behalf of himself and all others similarly situated, </br></br>    Plaintiff, </br></br>v. </br></br>LM RESTAURANTS, INC., a North Carolina Corporation; LMR LLC a North Carolina Corporation; BRIER CREEK ALE HOUSE, INC., a North Carolina Corporation; CARY ALE HOUSE, INC., a North Carolina Corporation; FRANKLIN STREET ALE HOUSE LLC, a North Carolina Corporation; CHARLOTTE PLAZA ALE HOUSE LLC, a North Carolina Corporation; WAVERLY ALE HOUSE LLC, a North Carolina Corporation; CONCORD MILLS ALE HOUSE LLC, a North Carolina Corporation; DURHAM ALE HOUSE, INC., a North Carolina Corporation; FAYETTEVILLE ALE HOUSE, INC., a North Carolina Corporation; WHITE OAK ALE HOUSE LLC, a North Carolina Corporation; Greenville NC Ale House LLC, a North Carolina Corporation; JACKSONVILLE NC ALE HOUSE LLC, a North Carolina Corporation; NORTH RALEIGH ALE HOUSE, INC., a North Carolina Corporation; RALEIGH ALE HOUSE, INC., a North Carolina Corporation; WAKE FOREST ALE HOUSE, INC., a North Carolina Corporation; WILMINGTON ALEHOUSE, INC., a North Carolina Corporation; WINSTON-SALEM ALE HOUSE LLC, a North Carolina Corporation; KNOXVILLEALE HOUSE, INC., a Tennessee Corporation; and SHORT PUMP ALE HOUSE LLC, a Virginia Corporation, collectively d/b/a "Carolina Ale House," </br></br>    Defendants. | ORDER |

This matter is before this Court on Defendants' Notice of Consent to Plaintiff's Motion to Amend and Consent Concerning Pending Motions. The Court has reviewed the Notice and finds that good cause has been shown for the requested disposition of the pending motions.

IT IS THEREFORE ORDERED that: (i) Plaintiff's Motion for Leave to Amend Complaint or Notice of Dismissal Without Prejudice of NCWHA Claims (D.E. 73) is denied as moot, (ii) Plaintiff's Motion to Stay or Otherwise Extend Deadline to Respond to Motion to Dismiss (D.E. 75) is denied as moot, and (iii) Defendants' Motion to Dismiss (D.E. 49) is denied as moot. Plaintiff is directed to file second amended complaint not later than February 15, 2019.

This the 7th day of February, 2019.

_____
The Honorable Judge Louise W. Flanagan
United States District Court
Eastern District of North Carolina