IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CV-370-FL

| | |
|---|---|
| ALLEN GRIMES, on behalf of himself and all others similarly situated,<br>            Plaintiff<br><br>  v.<br><br>LM RESTAURANTS, INC. a North Carolina Corporation; LMR, LLC a North Carolina Corporation; BRIER CREEK ALE HOUSE, INC. a North Carolina Corporation; CARY ALE HOUSE, INC., a North Carolina Corporation; FRANKLIN STREET ALE HOUSE, LLC, a North Carolina Corporation; CHARLOTTE PLAZA ALE HOUSE, LLC, a North Carolina Corporation; WAVERLY ALE HOUSE, LLC, a North Carolina Corporation; CONCORD MILLS ALE HOUSE, LLC, a North Carolina Corporation; DURHAM ALE HOUSE, INC., a North Carolina Corporation; FAYETTEVILLE ALE HOUSE, INC., a North Carolina Corporation; WHITE OAK ALE HOUSE, LLC, a North Carolina Corporation; GREENVILLE NC ALE HOUSE, LLC, a North Carolina Corporation; JACKSONVILLE NC ALE HOUSE, LLC a North Carolina Corporation;. NORTH RALEIGH ALE HOUSE, INC. a North Carolina Corporation; RALEIGH ALE HOUSE, INC., a North Carolina Corporation; WAKE FORREST ALE HOUSE, INC. a North Carolina Corporation; WILMINGTON ALE HOUSE, INC a North Carolina Corporation; WINSTON-SALEM ALE HOUSE, LLC. a North Carolina Corporation; KNOXVILLE ALE HOUSE, INC., a Tennessee Corporation; SHORT PUMP ALE HOUSE, LLC, a Virginia Corporation, collectively d/b/a "Carolina Ale House",<br>            Defendants. | ORDER |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within 45 days hereof. **The parties are directed to file their Stipulation of Dismissal with Prejudice on or before June 17, 2019.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 3rd day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge