IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-cv-370-FL

**Allen Grimes**, on behalf of himself and all others similarly situated,

            **Plaintiff,**

v.

**LM Restaurants, Inc.**, a North Carolina Corporation; **LMR LLC**, a North Carolina Corporation; **Brier Creek Ale House, Inc.**, a North Carolina Corporation; **Cary Ale House, Inc.**, a North Carolina Corporation; **Franklin Street Ale House LLC**, a North Carolina Corporation; **Charlotte Plaza Ale House LLC**, a North Carolina Corporation; **Waverly Ale House LLC**, a North Carolina Corporation; **Concord Mills Ale House LLC**, a North Carolina Corporation; **Durham Ale House, Inc.**, a North Carolina Corporation; **Fayetteville Ale House, Inc.**, a North Carolina Corporation; **White Oak Ale House LLC**, a North Carolina Corporation; **Greenville NC Ale House LLC**, a North Carolina Corporation; **Jacksonville NC Ale House LLC**, a North Carolina Corporation; **North Raleigh Ale House, Inc.**, a North Carolina Corporation; **Raleigh Ale House, Inc.**, a North Carolina Corporation; **Wake Forest Ale House, Inc.**, a North Carolina Corporation; **Wilmington Ale House, Inc.**, a North Carolina Corporation; **Winston-Salem Ale House LLC**, a North Carolina Corporation; **Knoxville Ale House, Inc.**, a Tennessee Corporation; and **Short Pump Ale House LLC**, a Virginia Corporation; collectively d/b/a "Carolina Ale House,"

            **Defendants.**

**PLAINTIFF'S MOTION FOR UNOPPOSED FLSA SETTLEMENT APPROVAL
UNDER 29 U.S.C. § 216(b)**

Plaintiff Allen Grimes ("Plaintiff") moves for entry of stipulated judgment approving the settlement agreement between Plaintiffs and Defendants in this conditionally certified Fair Labor Standards Act ("FLSA") collective action, including approving the Plaintiff's unopposed request for attorneys' fees and costs, and of service payments to the named Plaintiff, in the amounts stated in the Settlement Agreement. Defendants do not oppose entry of stipulated judgment approving all aspects of the Settlement Agreement, and pursuant to Local Rule 7.1(b)(2), Defendants have notified Plaintiff that they do not object to this motion.

In support of this motion, Plaintiff submits an accompanying Memorandum of Law, the Settlement Agreement attached as Exhibit 1 to that Memorandum, and the Declaration of C. Andrew Head.

Respectfully submitted,

BY: /s/ *C. Andrew Head*
C. Andrew Head (appearing *pro hac vice*)
Bethany A. Hilbert (appearing *pro hac vice*)
**HEAD LAW FIRM, LLC**
4422 N Ravenswood Ave
Chicago, IL 60640
(404) 924-4151
ahead@headlawfirm.com
bhilbert@headlawfirm.com

Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
Paul E. Smith, NC Bar No. 45014
psmith@pathlaw.com
**PATTERSON HARKAVY LLP**
100 Europa Dr., Suite 420
Chapel Hill, North Carolina 27517
(919) 942-5200

*Attorneys for Plaintiff and the Class/Collective*

1

## CERTIFICATE OF SERVICE

I certify that on June 6, 2019, I electronically filed the foregoing motion with the Clerk of Court using the Court's electronic filing system, which will automatically send email notifications to all counsel of record registered to receive CM/ECF service in this case including the following counsel of record for Defendants:

Kerry A. Shad
Taylor M. Dewberry
Zebulon D. Anderson.

*/s/ C. Andrew Head*
C. Andrew Head