IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-cv-370-FL

**Allen Grimes**, on behalf of himself and all others similarly situated,

    **Plaintiff,**

 v.

**LM Restaurants, Inc.**, a North Carolina Corporation; **LMR LLC**, a North Carolina Corporation; **Brier Creek Ale House, Inc.**, a North Carolina Corporation; **Cary Ale House, Inc.**, a North Carolina Corporation; **Franklin Street Ale House LLC**, a North Carolina Corporation; **Charlotte Plaza Ale House LLC**, a North Carolina Corporation; **Waverly Ale House LLC**, a North Carolina Corporation; **Concord Mills Ale House LLC**, a North Carolina Corporation; **Durham Ale House, Inc.**, a North Carolina Corporation; **Fayetteville Ale House, Inc.**, a North Carolina Corporation; **White Oak Ale House LLC**, a North Carolina Corporation; **Greenville NC Ale House LLC**, a North Carolina Corporation; **Jacksonville NC Ale House LLC**, a North Carolina Corporation; **North Raleigh Ale House, Inc.**, a North Carolina Corporation; **Raleigh Ale House, Inc.**, a North Carolina Corporation; **Wake Forest Ale House, Inc.**, a North Carolina Corporation; **Wilmington Ale House, Inc.**, a North Carolina Corporation; **Winston-Salem Ale House LLC**, a North Carolina Corporation; **Knoxville Ale House, Inc.**, a Tennessee Corporation; and **Short Pump Ale House LLC**, a Virginia Corporation; collectively d/b/a "Carolina Ale House,"

    **Defendants.**

## ORDER

This case is before the Court for consideration of the Plaintiff's Motion for Unopposed FLSA Settlement Approval. After reviewing the record and the Plaintiff's motion, the Court enters the following Order.

"When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

Having reviewed the Settlement Agreement (the "Agreement") executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length, with the aid of mediator Kenneth Carlson, Esq., and is not the result of any collusion.

The Court has also reviewed the unopposed request for approval of attorney's fees and costs, and of service payments to the named Plaintiff, in the amounts stated in the Agreement, and finds that the amounts provided in the Agreement are reasonable.

Therefore, the request for entry of stipulated judgment in Plaintiff's Motion for Unopposed FLSA Settlement Approval is hereby **GRANTED**, the settlement of the parties in the Agreement is hereby **APPROVED**, and the terms of the parties' Agreement are hereby incorporated into this Order as the STIPULATED **JUDGMENT** in this case.

Consistent with the terms of the Agreement, Defendants shall tender to Plaintiffs, through their counsel of record, all payments within the time periods set forth in the Agreement.

**SO ORDERED** this 13th day of June, 2019.

_____
The Honorable Louise W. Flanagan
United States District Court Judge
Eastern District of North Carolina

CONSENTED TO BY:

/s/ C. Andrew Head
C. Andrew Head (appearing *pro hac vice*)
IL ARDC 6318974
Bethany A. Hilbert (appearing *pro hac vice*)
IL ARDC 6280213
**HEAD LAW FIRM, LLC**
4422 N Ravenswood Ave
Chicago, IL 60640
(404) 924-4151
Fax (404) 796-7338
ahead@headlawfirm.com
bhilbert@headlawfirm.com
Attorneys for Plaintiffs

Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
Paul E. Smith, NC Bar No. 45014
psmith@pathlaw.com
**PATTERSON HARKAVY LLP**
100 Europa Dr., Suite 420
Chapel Hill, North Carolina 27517
(919) 942-5200
Local Civil Rule 83.1(d) Counsel for Plaintiffs

*Attorneys for Plaintiff and the Class/Collective*

/s/ Kerry A. Shad
Kerry A. Shad
State Bar No. 18410
Zebulon D. Anderson
State Bar No. 20831
Taylor M. Dewberry
State Bar No. 52108
**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.**
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
kshad@smithlaw.com
zanderson@smithlaw.com
tdewberry@smithlaw.com

*Counsel for Defendants*